yanqiustp2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00057 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE** |
| | ) **SENTENCING DATE** |
| YAN QIU, | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, the sentencing in this matter, previously scheduled for September 26, 2005, is hereby continued to October 6, 2005 at 10:15 a.m.

9/23/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam