# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | Case No. 1:04-cr-00057 |
| Plaintiff, | |
| vs. | |
| Yan Qiu aka Bao Yu Chen aka Fu Yuk Ching, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed October 7, 2005,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *October 11, 2005* | *October 11, 2005* | *October 11, 2005 (Judgment Only)* | *October 11, 2005 (Judgment Only)* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and Notice of Entry filed October 7, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005            /s/ Virginia T. Kilgore
                                   Deputy Clerk